**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 15, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00705-CV

---

## TRIANGLE CAPITAL PROPERTIES, LLC, ROYAL TEXAS, LLC, MOHAMMED HADI RAHMAN, YESENIA ZUMAYA, CAJUN GLOBAL, LLC, AND CAJUN OPERATING COMPANY, Appellants

### V.

## HUGOLINA GUERRERO DE GARZON, RAYMUNDO GARZON, INDIVIDUALLY AND AS NEXT FRIEND OF K.G., Y.G. AND B.G. (MINORS), JOSELIN DAMIAN GONZALEZ, SALVADOR DAMIAN CORTEZ, AND LORENA DAMIAN CORTEZ, Appellees

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2017-16506**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed August 20, 2017. On May 4, 2018, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.